UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| JEFFREY BISHOP, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 3:20-CV-087-DCLC-DCP |
| v. | ) |
| | ) |
| ANDERSON COUNTY, RIDGEVIEW, | ) |
| and JAMES LANDRY, | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT ORDER

For the reasons set forth in the memorandum opinion filed herewith, this pro se prisoner's complaint for relief filed under 42 U.S.C. § 1983 is **DISMISSED** pursuant to Fed. R. Civ. P. 41(b). Because the Court **CERTIFIED** in the memorandum opinion that any appeal from this order would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24.

The Clerk is **DIRECTED** to close the file.

**SO ORDERED.**

**E N T E R:**

s/Clifton L. Corker
United States District Judge

ENTERED AS A JUDGMENT
 s/ *John L. Medearis*
 CLERK OF COURT